IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
ANTHONY SMITH,                  )
                                )
     Plaintiff,                 )
                                )
     v.                         )   C.A. 07-605,606, 607,608,609
                                )   610, 611, 612, 613, 614
                                )   Judge Conti
                                )   Magistrate Judge Caiazza
ARRESTING AGENT, et al.,        )
                                )
     Defendants.                )
```

**MEMORANDUM ORDER**

    Anthony Smith's civil rights complaints at each of he above-captioned cases were received on May 8, 2007, and were referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Reports and Recommendations, filed on June 18, 2007, recommended that the actions be dismissed without prejudice to the Plaintiff's right to re-file these actions within the applicable statute of limitations period by paying the full filing fee of $350.00 in each case.  The Plaintiff was allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to the State Correctional Institution at Dallas.

Objections were due on or before July 5, 2007.  None have been filed.

After de novo review of the pleadings and documents in these cases, together with the Report and Recommendation, the following order is entered:

AND NOW, this 19th day of July, 2007,

IT IS HEREBY ORDERED that these actions are DISMISSED. Plaintiff may, within the limitations period, re-file these actions upon payment of the filing fee.  The Clerk is directed to mark these cases CLOSED.

The Reports and Recommendations of Magistrate Judge Caiazza, (Doc. 4 at each case), dated June 18, 2007, are adopted as the opinions of the court in each case.

s/Joy Flowers Conti
Joy Flowers Conti
U.S. District Court Judge

cc:

ANTHONY SMITH ,EY9164
S.C.I. at Dallas
1000 Follies Road
Dallas, PA 18612